## HORN *a.* DOODY.

*New York Superior Court; In Chambers, July*, 1855.

RECOVERY OF SPECIFIC PERSONAL PROPERTY.—DAMAGES.

In an action for the recovery of specific personal property, with damages for its
detention, in case of failure to answer, the damages must be assessed by a
sheriff's jury, unless a long account be involved, in which case a reference may
be ordered. But plaintiff may waive damages, and take judgment for the delivery
only.

Application for judgment upon failure to answer.

HOFFMAN, J.—The action was one of claim and delivery to
recover certain articles of furniture and pictures, with damages
for the detention. The defendant appeared and demanded a
copy of the complaint. This was duly served, and the time
for answering or demurring is shown to have expired. Eight
days' notice of an application for the relief demanded, has
been duly served. The summons was for the relief demanded
in the complaint.

The last clause of the second sub-division of section 246,
governs the case. The action is for the recovery of specified
personal property, with damages for the withholding thereof.
The damages in such a case are to be assessed by a jury, or if
the examination of a long account be involved, by a reference.
I cannot direct a reference as asked for. There is no account
involved. I agree that the plaintiff may take judgment for
the delivery of the articles, if he waives the claim for damages;
otherwise a jury must assess them. The regular course is to
direct an assessment by the sheriff's jury. (3 *How. Pr. R.* 423;
1 *Code R.* 117). Such will be the order in the present case.